| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | ERIN SNIDER, #304781 |
| | Assistant Federal Defender |
| 3 | 2300 Tulare Street, Suite 330 |
| | Fresno, CA 93721 |
| 4 | Telephone: (559) 487-5561 |
| | Fax: (559) 487-5950 |
| 5 | |
| | Attorney for Defendant |
| 6 | ALVARO MARIN |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-po-00249-SAB |
| Plaintiff, | STIPULATION TO MODIFY CONDITION OF PROBATION PURSUANT TO 18 U.S.C. § 3563(c); ORDER |
| vs. | |
| ALVARO MARIN, | |
| Defendant. | |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Jeffrey Spivak, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for defendant Alvaro Marin, that the Court may modify Special Condition 7 of Mr. Marin's probation as follows: "The Defendant shall obtain a valid driver's license by <u>July 29, 2019</u> and show proof of the same to the Court."

On April 4, 2019, Mr. Marin pled guilty to carrying or possessing a loaded weapon in a motor vehicle in violation of 36 C.F.R. § 2.4(c). The Court sentenced Mr. Marin to 12 months of unsupervised probation with various conditions, including the condition that he obtain a valid driver's license by July 15, 2019. Mr. Marin has completed the three-month DUI course and has paid all fines necessary to obtain his driver's license. However, he has now learned that the DMV will also require proof of SR-22 insurance prior to issuing him a license and that it takes between three and four days for the DMV to process proof of SR-22 insurance. While Mr.

Marin will work diligently to obtain his license as soon as possible, out of an abundance of caution he seeks an additional two weeks within which to provide proof of his reinstated license to the Court.

WHEREFORE, the parties hereby request that the Court modify Special Condition 7 as set forth above pursuant to 18 U.S.C. § 3563(c).

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

Date: July 15, 2019     /s/ Jeffrey Spivak
JEFFREY SPIVAK
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: July 15, 2019     /s/ Erin Snider
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
ALVARO MARIN

**O R D E R**

Pursuant to 18 U.S.C. § 3563(c) and for the reasons set forth in the parties' stipulation to modify Special Condition 7 of defendant Alvaro Marin's probation, the Court hereby modifies Special Condition 7 as follows: "The Defendant shall obtain a valid driver's license by July 29, 2019 and show proof of the same to the Court."

IT IS SO ORDERED.

Dated: **July 15, 2019**

UNITED STATES MAGISTRATE JUDGE