# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-po-00249-SAB |
| Plaintiff, | |
| v. | **DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |
| ALVARO MARIN, | |
| Defendant. | |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

| | |
|---|---|
| **Convicted of:** | Carrying or Possessing a Loaded Weapon in a Motor Vehicle, Vessel or other Mode of Transportation, in violation of 36 C.F.R. § 2.4(c) |
| **Sentence Date:** | April 4, 2018 |
| **Review Hearing Date:** | February 6, 2020 |
| **Probation Expires On:** | April 3, 2020 |

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $610 which Total Amount is made up of a Fine: $ 600  Special Assessment: $10

☒ **Payment schedule:** of $ 60 per month by the 15th of each month.

☒ **Other Conditions:** The Defendant shall obtain a valid driver's license by July 29, 2019 and show proof of the same to the Court (ECF No. 18).

## *COMPLIANCE:*

☐ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

**Otherwise:**

☒ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

☒ To date, Defendant has paid a total of $ 421; Last payment: $60; January 2020.

☒ Compliance with Other Conditions of Probation:  Mr. Marin filed proof of his valid license on July 17, 2019 (ECF No. 19).

*GOVERNMENT POSITION:*

☒ The Government agrees to the above-described compliance.

DATED: January 28, 2020                /s/ William Taylor
                                       WILLIAM TAYLOR
                                       Special Assistant United States Attorney

*DEFENDANT'S REQUEST:*

In light of the information detailed in this status report, the defendant requests that the review hearing set for February 6, 2020, be continued to March 19, 2020, at 10:00 a.m. in order to permit Mr. Marin additional time to pay the remaining balance of his financial obligation.

DATED: January 28, 2020                /s/ Matthew Lemke
                                       MATTHEW LEMKE
                                       Assistant Federal Defender
                                       Attorney for Defendant

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED. The Court orders that the Review Hearing set for February 6, 2020 at 10:00 am be continued to March 19, 2020 at 10:00 a.m. The defendant is ordered to appear. Defendant is ordered to file a status report regrading her probation no later than 1 week prior to the hearing.

☐ DENIED.

IT IS SO ORDERED.

Dated:  **January 29, 2020**

UNITED STATES MAGISTRATE JUDGE