1:18IN THE UNITED STATES DISTRICT COURT<br>
For The<br>
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br>v.<br><br>ALVARO MARIN,<br><br>               Defendant. | Case No. 1:18-po-00249-SAB<br><br>**DEFENDANT'S SECOND STATUS REPORT ON UNSUPERVISED PROBATION** |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

| | |
|---|---|
| **Convicted of:** | Carrying or Possessing a Loaded Weapon in a Motor Vehicle, Vessel or other Mode of Transportation, in violation of 36 C.F.R. § 2.4(c) |
| **Sentence Date:** | April 4, 2018 |
| **Review Hearing Date:** | March 19, 2020 |
| **Probation Expires On:** | April 3, 2020 |

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒     **Obey all federal, state and local laws**; and

☒     **Monetary Fines & Penalties in Total Amount of:** $610 which Total Amount is made up of a Fine: $ 600 Special Assessment: $10

☒     **Payment schedule:** of $60 per month by the 15th of each month.

☒     **Other Conditions:** The Defendant shall obtain a valid driver's license by July 29, 2019 and show proof of the same to the Court (ECF No. 18).

## *COMPLIANCE:*

☒     Defendant has completed <u>all</u> conditions of probation described-above.

## GOVERNMENT POSITION:

☒ The Government agrees to the above-described compliance.

DATED: March 12, 2020 　　　　　　　　　　*/s/ William Taylor*
　　　　　　　　　　　　　　　　　　　　　WILLIAM TAYLOR
　　　　　　　　　　　　　　　　　　　　　Special Assistant United States Attorney

## *DEFENDANT'S REQUEST:*

In light of the information detailed in this status report, the defendant requests that the review hearing set for March 19, 2020, be vacated.

DATED: March 12, 2020 　　　　　　　　　　*/s/ Matthew Lemke*
　　　　　　　　　　　　　　　　　　　　　MATTHEW LEMKE
　　　　　　　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

## **ORDER**

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED. The Review Hearing set for 3/19/2020 is hereby vacated.

☐ DENIED.

IT IS SO ORDERED.

Dated: **March 13, 2020** 　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE